WHITMIER AND FERRIS COMPANY, INC., Respondent, v. STATE OF NEW YORK et al., Appellants. (Claim No. 45318.) — Order unanimously reversed, without costs of this appeal to either party, claimant's motion to file a late

notice of claim denied and defendants' motion to dismiss the claim granted, without costs. Memorandum: See *New York State Thruway Auth.* v. *Ashley Motor Ct.*, 10 N Y 2d 151; *Empire Outdoor Advertising Co.* v. *New York State Thruway Auth.*, 25 A D 2d 498, app. dsmd. 17 N Y 2d 730. (Appeal from order of Court of Claims, denying defendants' motion to dismiss the claim and granting claimant's motion to file late claim.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.